JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER R., <br><br> Plaintiff(s), <br><br> v <br><br> THE BOEING COMPANY CONSOLIDATED HEALTH AND WELFARE BENEFIT PLAN; AND VALUEOPTIONS, <br><br> Defendant(s) | CASE NO. SA CV 14-0681-DOC (JCGx) <br><br> **ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **September 4, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2015